**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01106-CV

**NICHOLAS PETROLEUM, INC., Appellant**

**V.**

**MID-CONTINENT CASUALTY COMPANY, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-02336**

## ORDER

We **GRANT** appellant's April 3, 2014 unopposed motion for an extension of time to file a reply brief.  We **ORDER** the reply brief tendered to this Court on April 3, 2014 filed as of that date.

/s/     ADA BROWN
JUSTICE